AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| See Attached Complaint Cover Sheet <br><br> *Plaintiff(s)* <br> v. <br> See Attached Complaint Cover Sheet <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 8:25-cv-02546 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lean Marketing Group LLC
30 N. Gould Street, Suite R
Sheridan, WY 82801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Nathan B. Camuti
Camuti Law Group APC
33 Brookline
Aliso Viejo, CA 92656
Email: nate@camutilaw.com
Phone: (949) 716-5565

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

NATHAN B. CAMUTI (SBN 300568)
nate@camutilaw.com
ANDREW R. COWAN (SBN 356310)
andrew@camutilaw.com
CAMUTI LAW GROUP, APC
33 Brookline
Aliso Viejo, CA 92656
Telephone: 949.716.5565

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 454 CREATIVE CORP., a California corporation;<br><br>Plaintiff,<br><br>v.<br><br>LEAN MARKETING GROUP LLC, a Wyoming limited liability company; DIB INVESTMENT GROUP PTY LTD, an Australian proprietary company limited by shares; ALLAN DIB, an individual; and DOES 1-10, INCLUSIVE;<br><br>Defendants. | Case No.: 8:25-cv-02546<br><br>**PLAINTIFF'S COMPLAINT FOR:**<br><br>1. **TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114**<br>2. **UNFAIR COMPETITION UNDER 15 U.S.C. §1125(a)(1)(A)**<br>3. **FALSE DESIGNATION OF ORIGIN & FALSE ADVERTISING UNDER 15 U.S.C. § 1125(a)(1)(B)**<br>4. **UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE §17200**<br>5. **COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |